Judge Robert Miller
US. Distric Court
Northern District of Indiana

RECEIVED
OCT 14 2015
U.S. District Court
Judge Miller's Chambers
SOUTH BEND, INDIANA

10-1-15

Dear Judge Miller,

I am righting in regard of the class action lawsuite against Bio Met. Inc.

I was informed over a year ago that I am to recieve a settlement from them in the amount of $190,000.00.

Since the lawsuit I have not been able to contact Shaun Khorrami. He refuses to answer my E-Mails or My Phone Calls.

Khorrami & Boucher have parted ways & all the people that worked for them went with Boucher because they did not like the way Khorrami treated his clients.

Is there anyway you can find out what is going on with my money?

Respectfully,
Roger D. King
George, IA. 51237

Mr. Roger D. Thiner
PO Box 612
George, IA 51237-0612

Judge Robert Miller
U.S. District Court
Northern District of Indiana
South Bend, IN
46601

